98-CV-00937-APPL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICKY ARNTSEN,

    Petitioner,

v.

TANA WOOD,

    Respondent.

No. C98-937-TSZ

ORDER DENYING
HABEAS CORPUS
PETITION

The Court, having reviewed the Petition for Writ of Habeas Corpus, Respondent's Answer, Petitioner's Reply, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's Petition for Writ of Habeas Corpus is DENIED; and this matter is DISMISSED with prejudice;

(3) The Clerk is directed to send copies of this Order to counsel for each party and to the Honorable Monica J. Benton.

DATED this ___ day of April, 2005.

THOMAS S. ZILLY
United States District Court Judge

ORDER
PAGE - 1